# EXHIBIT "A"

Message

**From:** Tractenberg, Craig R. [ctractenberg@foxrothschild.com]
**Sent:** 4/16/2020 12:34:09 PM
**To:** Glenn Trommer [gtrommer@avivahdigital.com]
**Subject:** RE: [EXT] RE: Avivah Digital Commerce v. Experimax- Second Request for Discovery on Non-disclosures.DOCX and Scheduling Order (DRAFT For Your Review)

Ok. I will talk settlement with Brian today.

| | |
|---|---|
| **Craig Tractenberg** | **Craig Tractenberg** |
| Co-Practice Group Leader. | Co-Practice Group Leader. |
| Fox Rothschild LLP | Fox Rothschild LLP |
| 2000 Market Street | 101 Park Avenue, Suite 1700 |
| 20th Floor | New York, NY 10178 |
| Philadelphia, PA 19103-3222 | |
| (215) 444-7161 – direct | (215) 260-9414-cell |
| (215) 260-9414 – cell | (646) 601-7639-direct |
| (215) 299-2150- fax | (212) 692-0940-fax |
| ctractenberg@foxrothschild.com | |
| www.foxrothschild.com | Try our blog: Franchiselaw.foxrothschild.com |

*US News-BestLawyers©* as "Lawyer of the Year-Franchise," 2020 (Philadelphia). Recognized by Chambers and Partners, USA. Admitted FL, NJ, NY and PA. AAA Neutral Arbitrator.

Click to see our CARES Act resource page at:
https://www.foxrothschild.com/coronavirus-resources)

---

**From:** Glenn Trommer <gtrommer@avivahdigital.com>
**Sent:** Thursday, April 16, 2020 4:34 AM
**To:** Tractenberg, Craig R. <ctractenberg@foxrothschild.com>
**Subject:** Re: [EXT] RE: Avivah Digital Commerce v. Experimax- Second Request for Discovery on Non-disclosures.DOCX and Scheduling Order (DRAFT For Your Review)

Craig,

As you told me I believe Monday this case is extremely complicated. I believe that throughout the course of it we kept providing them with the discovery they have asked for. On the other hand our requests for information out of them have either gone unanswered or we have received incomplete information. Titus wants to bankrupt me. I switched to you based upon Michael Sklaroff's recommendation because you will not allow that to happen. They want me out of their flawed system which has ruined so many financially. I am more than happy to comply with the right settlement. Let's move towards that conclusion.

Glenn

Sent from my iPhone

On Apr 15, 2020, at 9:13 PM, Tractenberg, Craig R. <ctractenberg@foxrothschild.com> wrote: